In the Matter of the Application of MAX SCHMILOWITZ, Appellant, against WILLIAM SCHROEDER, JR., as Chairman, etc., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

INTERNATIONAL AND INDUSTRIAL SECURITIES CORPORATION, Appellant, v. JAMAICA JEWISH CENTER, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

SEIDLITZ & VAN BAARN, INC., Appellant, v. MITCHELL L. ERLANGER, Respondent, Impleaded with Another.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and the items demanded disallowed, except those consented to, without prejudice to an application in proper form. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

HENRY I. EMANUEL, Respondent, v. FRANK & SCOTT Co., INC., Defendant, Impleaded with KESBEC SALES COMPANY (a Corporation), Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

123 RIVINGTON STREET REALTY CORPORATION, Respondent, v. CORSON CONSTRUCTION CORPORATION, Appellant.— Order so far as appealed from modified by allowing, in addition to those already allowed, items 3, 10, 11, 12, 13, 14, 18, 19, 21, 22, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The verified bill of particulars to be furnished within twenty days from service of order. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JUSTIN F. BRENNAN, Respondent, v. GLENDA BRENNAN, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

SEVERNOE SECURITIES CORPORATION, Respondent, v. LONDON & LANCASHIRE INSURANCE COMPANY, LTD., Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

LIBERTY MUTUAL INSURANCE COMPANY, Respondent, v. STARRETT BROS., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.